Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 20−10061−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eubie L. Bethea
   1068 Lakeshore Drive
   Camden, NJ 08104

Social Security No.:
   xxx−xx−3532

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         3/11/20
Time:         10:00 AM
Location:     Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 28, 2020
JAN: lgr

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 20-10061-ABA
Eubie L. Bethea                                                 Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin              Page 1 of 1        Date Rcvd: Jan 28, 2020
                               Form ID: 132             Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2020.
db             +Eubie L. Bethea,    1068 Lakeshore Drive,    Camden, NJ 08104-2628
518671910      +BB&T now Truist, Bankruptcy Section,    100-50-01-51,    P.O. Box 1847,    Wilson, NC 27894-1847
518680450      +Edna Bethea,    1068 Lakeshore Drive,    Camden, NJ 08104-2628
518660531       M&T Bank,    KML Law Group PC,    Sentry Office Plaza,    216 Haddon Avenue, Suite 206,
                 Westmont, NJ 08108
518646564       OneMain Financial,    PO Box 740594,    Cincinnati, OH 45274-0594
518646565       TD Auto Finance,    PO Box 100295,    Columbia, SC 29202-3295
518646566       Virtua Hospital Patient Payments,    PO Box 780857,    Philadelphia, PA 19178-0857

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 29 2020 00:00:18     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 29 2020 00:00:16     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518646561      +E-mail/Text: ally@ebn.phinsolutions.com Jan 28 2020 23:57:49     Ally Financial,
                 PO Box 380901,    Bloomington, MN 55438-0901
518646562       E-mail/Text: bankruptcy@bbandt.com Jan 28 2020 23:59:36     BB&T,    PO Box 580048,
                 Charlotte, NC 28258-0048
518646563       E-mail/Text: camanagement@mtb.com Jan 28 2020 23:59:45     M & T Bank,    PO Box 62182,
                 Baltimore, MD 21264-2182
518658811      +E-mail/PDF: cbp@onemainfinancial.com Jan 28 2020 23:53:57     OneMain Financial,
                 P.O. Box 3251,    Evansville, IN 47731-3251
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2020                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric   Clayman    on behalf of Debtor Eubie L. Bethea jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              R. A. Lebron    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for TOWD
               POINT MORTGAGE TRUST 2019-2, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE
               bankruptcy@feinsuch.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```