UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
Select Portfolio Servicing, Inc., as servicer for TOWD POINT MORTGAGE TRUST 2019-2, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE
R.A. LEBRON, ESQ.
SPS1916
bankruptcy@feinsuch.com

**Order Filed on April 29, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: 20-10061 ABA |
|---|---|
| EUBIA L. BETHEA | Adv. No.: |
|  | Hearing Date: April 22, 2020 |
| Debtor(s). | Judge: HONORABLE ANDREW B. ALTENBURG, JR. |

**ORDER RESOLVING OBJECTION TO CONFIRMATION**

The relief set forth on the following page(s) is hereby **ORDERED.**

**DATED: April 29, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor(s): EUBIA L. BETHEA
Case No: 20-10061 ABA
Caption of Order: **ORDER RESOLVING OBJECTION TO CONFIRMATION**

---

Upon the Objection of FEIN, SUCH, KAHN & SHEPARD, P.C., Attorneys for the Secured Creditor, Select Portfolio Servicing, Inc., as servicer for TOWD POINT MORTGAGE TRUST 2019-2, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, as to certain real property known as <u>1068 LAKESHORE DR, CAMDEN, NJ 08104</u> as set forth in the objection papers, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. The arrearage claim of Secured Creditor shall be allowed but paid outside the Chapter 13 plan. The loan shall be treated on a contractual basis and the maturity date shall remain as-is.

2. The Debtor(s) shall maintain regular monthly mortgage payments outside of the Chapter 13 plan.

3. The regular monthly (post-petition) payment amount is subject to change in accordance with the terms of the underlying note, mortgage and applicable federal and state law.

4. This Order shall be incorporated in and become a party of any Order Confirming Plan in the herein matter.

5. The Movant shall serve this Order on the Debtor(s), any Trustee and other party who entered an appearance on the Objection.