| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Movant<br>M&T BANK | **Order Filed on May 1, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Eubie L. Bethea,<br><br>Debtor. | Case No.:  20-10061 ABA<br>Adv. No.:<br>Hearing Date:  3/11/2020 @ 10:00 a.m.<br><br>Judge:  Andrew B. Altenburg, Jr. |

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: May 1, 2020**

*/s/ Andrew B. Altenburg, Jr.*
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtor:     Eubie L. Bethea
Case No.:   20-10061 ABA
Caption:    **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, M&T BANK, holder of a mortgage on property known as 1068 Lakeshore Drive, Camden, NJ, 08104, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Eric Clayman, Esquire, attorney for Debtor, Eubie L. Bethea, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Secured Creditor's proof of claim will be paid outside of the plan; and

It **ORDERED, ADJUDGED and DECREED** that Secured Creditor's proof of claim shall be treated as unaffected by this plan; and

It **ORDERED, ADJUDGED and DECREED** that Secured Creditor can apply post-petition funds to the amount due pre-petition without same being a violation of the automatic stay

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.