UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
Select Portfolio Servicing, Inc., as servicer for TOWD POINT MORTGAGE TRUST 2019-2, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE
R.A. LEBRON, ESQ.
SPS1916
bankruptcy@feinsuch.com

**Order Filed on April 29, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

EUBIA L. BETHEA

Debtor(s).

Case No.: 20-10061 ABA

Adv. No.:

Hearing Date: April 22, 2020

Judge: HONORABLE ANDREW B. ALTENBURG, JR.

**ORDER RESOLVING OBJECTION TO CONFIRMATION**

The relief set forth on the following page(s) is hereby **ORDERED**.

**DATED: April 29, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor(s): EUBIA L. BETHEA
Case No: 20-10061 ABA
Caption of Order: **ORDER RESOLVING OBJECTION TO CONFIRMATION**

---

Upon the Objection of FEIN, SUCH, KAHN & SHEPARD, P.C., Attorneys for the Secured Creditor, Select Portfolio Servicing, Inc., as servicer for TOWD POINT MORTGAGE TRUST 2019-2, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, as to certain real property known as <u>1068 LAKESHORE DR, CAMDEN, NJ 08104</u> as set forth in the objection papers, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. The arrearage claim of Secured Creditor shall be allowed but paid outside the Chapter 13 plan. The loan shall be treated on a contractual basis and the maturity date shall remain as-is.

2. The Debtor(s) shall maintain regular monthly mortgage payments outside of the Chapter 13 plan.

3. The regular monthly (post-petition) payment amount is subject to change in accordance with the terms of the underlying note, mortgage and applicable federal and state law.

4. This Order shall be incorporated in and become a party of any Order Confirming Plan in the herein matter.

5. The Movant shall serve this Order on the Debtor(s), any Trustee and other party who entered an appearance on the Objection.

```
                          United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                              Case No. 20-10061-ABA
Eubie L. Bethea                                                     Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin           Page 1 of 1           Date Rcvd: Apr 29, 2020
                        Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2020.
db             +Eubie L. Bethea,    1068 Lakeshore Drive,    Camden, NJ 08104-2628

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2020 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Elizabeth L. Wassall    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
       Wells Fargo Home Equity Asset-Backed Securities 2006-1 Trust, Home Equity Asset-Backed
       Certificates, Series 2006-1 ewassall@logs.com,    njbankruptcynotifications@logs.com
      Eric Clayman    on behalf of Debtor Eubie L. Bethea jenkins.clayman@verizon.net,
       connor@jenkinsclayman.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com
      Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
      R. A. Lebron    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for TOWD
       POINT MORTGAGE TRUST 2019-2, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE
       bankruptcy@feinsuch.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                                                       TOTAL: 7