UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

WNI 20-027261
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall, Esq. 023211995
ATTORNEYS FOR HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO HOME EQUITY ASSET-BACKED SECURITIES 2006-1 TRUST, HOME EQUITY ASSET-BACKED CERTIFICATES, SERIES 2006-1

IN RE:

EUBIE L. BETHEA, DEBTOR

**Order Filed on June 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

CASE NO.: 20-10061-ABA

HEARING DATE: JUNE 24, 2020

JUDGE: HONORABLE ANDREW B. ALTENBURG, JR.

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: June 19, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter being opened to the Court by Eric Clayman, attorney for the Debtor(s) upon filing of a Chapter 13 Plan, and HSBC Bank USA, National Association as Trustee for Wells Fargo Home Equity Asset-Backed Securities 2006-1 Trust, Home Equity Asset-Backed Certificates, Series 2006-1, hereinafter "Secured Creditor," by and through its Authorized Agent, Shapiro & DeNardo, LLC, upon the filing of an Objection to Confirmation of Plan, and parties having subsequently resolving their differences with regard to the Debtor's Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1. Debtor(s) is the mortgagor, and Secured Creditor is the mortgagee, of an agreement secured by real property located at 2438 W. Firth Street, Philadelphia, PA 19132.

2. At the time of filing, Debtor(s) owed Secured Creditor a pre-petition arrearage of $239.01; as evidenced in Secured Creditor's Proof of Claim 3-1 filed on February 14, 2020.

3. Debtor(s) agrees to incorporate this amount, $239.01, into the Chapter 13 Plan to be distributed to Secured Creditor to cure the aforementioned default.

4. Debtor(s) agrees to maintain all contractually due post-petition payments associated with this mortgage loan, which currently are in the amount of $239.01 per month.

5. Secured Creditor agrees this Order resolves the Objection to Confirmation of Plan filed on June 2, 2020; ECF Doc.:43.

6. This Consent Order is hereby incorporated into Debtor's Chapter 13 Plan.

We hereby consent to the form, content, and entry of the within Order.

Shapiro & DeNardo, LLC

/s/Elizabeth L. Wassall                                          Date: 6-18-2020

Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

                                                                 Date: 6/17/20

Eric Clayman, Esquire
Attorney for the Debtor