UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

WNI 20-027261
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall, Esq. 023211995
ATTORNEYS FOR HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO HOME EQUITY ASSET-BACKED SECURITIES 2006-1 TRUST, HOME EQUITY ASSET-BACKED CERTIFICATES, SERIES 2006-1

IN RE:

EUBIE L. BETHEA, DEBTOR

Order Filed on June 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO.: 20-10061-ABA

HEARING DATE: JUNE 24, 2020

JUDGE: HONORABLE ANDREW B. ALTENBURG, JR.

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: June 19, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter being opened to the Court by Eric Clayman, attorney for the Debtor(s) upon filing of a Chapter 13 Plan, and HSBC Bank USA, National Association as Trustee for Wells Fargo Home Equity Asset-Backed Securities 2006-1 Trust, Home Equity Asset-Backed Certificates, Series 2006-1, hereinafter "Secured Creditor," by and through its Authorized Agent, Shapiro & DeNardo, LLC, upon the filing of an Objection to Confirmation of Plan, and parties having subsequently resolving their differences with regard to the Debtor's Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1. Debtor(s) is the mortgagor, and Secured Creditor is the mortgagee, of an agreement secured by real property located at 2438 W. Firth Street, Philadelphia, PA 19132.

2. At the time of filing, Debtor(s) owed Secured Creditor a pre-petition arrearage of $239.01; as evidenced in Secured Creditor's Proof of Claim 3-1 filed on February 14, 2020.

3. Debtor(s) agrees to incorporate this amount, $239.01, into the Chapter 13 Plan to be distributed to Secured Creditor to cure the aforementioned default.

4. Debtor(s) agrees to maintain all contractually due post-petition payments associated with this mortgage loan, which currently are in the amount of $239.01 per month.

5. Secured Creditor agrees this Order resolves the Objection to Confirmation of Plan filed on June 2, 2020; ECF Doc.:43.

6. This Consent Order is hereby incorporated into Debtor's Chapter 13 Plan.

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

/s/Elizabeth L. Wassall                                             Date: 6-18-2020
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

                                                                    Date: 6/17/20
Eric Clayman, Esquire
Attorney for the Debtor

United States Bankruptcy Court
District of New Jersey

In re:  
Eubie L. Bethea  
    Debtor

Case No. 20-10061-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jun 19, 2020  
                              Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2020.  
db             +Eubie L. Bethea,    1068 Lakeshore Drive,    Camden, NJ 08104-2628

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2020                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2020 at the address(es) listed below:

           Denise E. Carlon     on behalf of Creditor     M&T Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Elizabeth L. Wassall     on behalf of Creditor     HSBC Bank USA, National Association as Trustee for Wells Fargo Home Equity Asset-Backed Securities 2006-1 Trust, Home Equity Asset-Backed Certificates, Series 2006-1 ewassall@logs.com, njbankruptcynotifications@logs.com  
           Eric Clayman     on behalf of Debtor Eubie L. Bethea jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
           Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           Keri P. Ebeck     on behalf of Creditor     Branch Banking & Trust Company now Truist kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
           R. A. Lebron     on behalf of Creditor     Select Portfolio Servicing, Inc., as servicer for TOWD POINT MORTGAGE TRUST 2019-2, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@feinsuch.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                        TOTAL: 8