Bernstein-Burkley, P.C.
Keri P. Ebeck, Esquire
Bar No. 262092017
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8112

**Order Filed on October 13, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

ATTORNEY FOR CREDITOR: BRANCH BANKING & TRUST COMPANY NOW
TRUIST

IN THE BANKRUPTCY COURT FOR THE
DISTRICT OF NEW JERSEY (CAMDEN)
HONORABLE ANDREW B. ALTENBURG, JR.

| | |
|---|---|
| In re: | : Case No. 20-10061-ABA |
| | : |
| | : |
| | : |
| EUBIE L. BETHEA, | : |
| | : |
| Debtor, | : |
| | : Chapter 13 |
| | : |
| | : Hearing Date: October 14, 2020 |
| | : |

CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF MODIFIED
CHAPTER 13 PLAN FILED ON JUNE 11, 2020 BY BRANCH BANKING & TRUST
COMPANY NOW TRUIST

The relief set forth on the following pages, number one (1) through five (5) is hereby

ORDERED.

**DATED: October 13, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| Debtor: | Eubie L. Bethea |
| Case No.: | 20-10061-ABA |
| Caption of Order: | Consent Order Resolving Objection to Confirmation of Plan |

1.  On or about December 12, 2018, Debtor purchased a 2014 Porsche Panamera, VIN# WP0AA2A78EL006028 (the "Vehicle"), pursuant to a Motor Vehicle Installment Sale Contract (the "Contract") with Branch Banking & Trust Company now Truist.  The Contract requires monthly payments of $770.18 at an interest rate of 6.90%.

2.  As of the Petition Date, the outstanding balanced owed to Branch Banking & Trust Company now Truist by Debtor pursuant to the above-referenced Contract was $45,179.40, with $1,021.18 in pre-petition arrears. These amounts are reflected in the Amended Proof of Claim filed by Movant on February 14, 2020 at Claim No 2-2.

3.  Debtor's Modified Chapter 13 Plan dated May 26, 2020 lists the amount owed to Movant as $33,968.00 at an interest rate of 5.00%.

4.  Branch Banking & Trust Company now Truist filed its objection to Debtor's Modified Chapter 13 plan on June 11, 2020 at Doc No. 44 ("Objection").

5.  In order to resolving the pending the Objection, the parties agree as follows:

    a.  Branch Banking & Trust Company now Truist shall have a secured claim at Claim No 2-2, in the amount of $45,179.40, with 5.0% interest.

    b.  The claim shall be paid with a principal balance of $45,179.40 plus interest of 5,976.00 for a total claim of $51,155.00.

    c.  The terms of this Consent Order shall be incorporated into the Debtor's confirmed Chapter 13 plan and any subsequent plan filed thereafter.

    d.  Branch Banking & Trust Company now Truist and Claim No. 2-2 shall be paid inside the Debtor's Modified Chapter 13 Plan.

    e.  Any conversion or dismissal of this case shall void the terms of the consent order.

Debtor:            Eubie L. Bethea
Case No.:          20-10061-ABA
Caption of Order:  Consent Order Resolving Objection to Confirmation of Plan

Agreed to By:

| | |
|---|---|
| /s/ *Keri P. Ebeck*<br>Keri P. Ebeck , Esquire<br>Bernstein-Burkley, P.C.<br>707 Grant Street<br>Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219<br>(412) 456-8112<br>Email: kebeck@bernsteinlaw.com | /s/<br>Rhondi Lynn Schwartz, Esq.<br>Jenkins & Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Email: rhondischwartz@yahoo.com |

Dated: October 13, 2020