Bernstein-Burkley, P.C.
Keri P. Ebeck, Esquire
Bar No. 262092017
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8112

Order Filed on October 13, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

ATTORNEY FOR CREDITOR: BRANCH BANKING & TRUST COMPANY NOW TRUIST

IN THE BANKRUPTCY COURT FOR THE
DISTRICT OF NEW JERSEY (CAMDEN)
HONORABLE ANDREW B. ALTENBURG, JR.

In re:  :  Case No. 20-10061-ABA
:
EUBIE L. BETHEA,  :
:
Debtor,  :
:  Chapter 13
:
:  Hearing Date: October 14, 2020
:

CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF MODIFIED CHAPTER 13 PLAN FILED ON JUNE 11, 2020 BY BRANCH BANKING & TRUST COMPANY NOW TRUIST

The relief set forth on the following pages, number one (1) through five (5) is hereby ORDERED.

**DATED: October 13, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Debtor: | Eubie L. Bethea |
| Case No.: | 20-10061-ABA |
| Caption of Order: | Consent Order Resolving Objection to Confirmation of Plan |

1. On or about December 12, 2018, Debtor purchased a 2014 Porsche Panamera, VIN# WP0AA2A78EL006028 (the "Vehicle"), pursuant to a Motor Vehicle Installment Sale Contract (the "Contract") with Branch Banking & Trust Company now Truist. The Contract requires monthly payments of $770.18 at an interest rate of 6.90%.

2. As of the Petition Date, the outstanding balanced owed to Branch Banking & Trust Company now Truist by Debtor pursuant to the above-referenced Contract was $45,179.40, with $1,021.18 in pre-petition arrears. These amounts are reflected in the Amended Proof of Claim filed by Movant on February 14, 2020 at Claim No 2-2.

3. Debtor's Modified Chapter 13 Plan dated May 26, 2020 lists the amount owed to Movant as $33,968.00 at an interest rate of 5.00%.

4. Branch Banking & Trust Company now Truist filed its objection to Debtor's Modified Chapter 13 plan on June 11, 2020 at Doc No. 44 ("Objection").

5. In order to resolving the pending the Objection, the parties agree as follows:

   a. Branch Banking & Trust Company now Truist shall have a secured claim at Claim No 2-2, in the amount of $45,179.40, with 5.0% interest.

   b. The claim shall be paid with a principal balance of $45,179.40 plus interest of 5,976.00 for a total claim of $51,155.00.

   c. The terms of this Consent Order shall be incorporated into the Debtor's confirmed Chapter 13 plan and any subsequent plan filed thereafter.

   d. Branch Banking & Trust Company now Truist and Claim No. 2-2 shall be paid inside the Debtor's Modified Chapter 13 Plan.

   e. Any conversion or dismissal of this case shall void the terms of the consent order.

Debtor: Eubie L. Bethea
Case No.: 20-10061-ABA
Caption of Order: Consent Order Resolving Objection to Confirmation of Plan

Agreed to By:

| /s/ *Keri P. Ebeck* | /s/ *Rhondi Lynn Schwartz* |
|---|---|
| Keri P. Ebeck, Esquire | Rhondi Lynn Schwartz, Esq. |
| Bernstein-Burkley, P.C. | Jenkins & Clayman |
| 707 Grant Street | 412 White Horse Pike |
| Suite 2200 Gulf Tower | Audubon, NJ 08106 |
| Pittsburgh, PA 15219 | (856) 546-9696 |
| (412) 456-8112 | Email: rhondischwartz@yahoo.com |
| Email: kebeck@bernsteinlaw.com | |

Dated: October 13, 2020

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-10061-ABA |
| Eubie L. Bethea | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 13, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2020:**

**Recip ID          Recipient Name and Address**
db              +  Eubie L. Bethea, 1068 Lakeshore Drive, Camden, NJ 08104-2628

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2020           Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2020 at the address(es) listed below:**

**Name**                **Email Address**

Denise E. Carlon
                        on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Elizabeth L. Wassall
                        on behalf of Creditor HSBC Bank USA  National Association as Trustee for Wells Fargo Home Equity Asset-Backed Securities 2006-1 Trust, Home Equity Asset-Backed Certificates, Series 2006-1 ewassall@logs.com, njbankruptcynotifications@logs.com

Eric Clayman
                        on behalf of Debtor Eubie L. Bethea jenkins.clayman@verizon.net  connor@jenkinsclayman.com

Isabel C. Balboa
                        ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
                        on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Keri P. Ebeck

District/off: 0312-1 User: admin Page 2 of 2
Date Rcvd: Oct 13, 2020 Form ID: pdf903 Total Noticed: 1

        on behalf of Creditor Branch Banking & Trust Company now Truist KEBECK@BERNSTEINLAW.COM jbluemle@bernsteinlaw.com

R. A. Lebron

        on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for TOWD POINT MORTGAGE TRUST 2019-2, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@feinsuch.com

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8