UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
Select Portfolio Servicing, Inc., as
servicer for TOWD POINT MORTGAGE TRUST
2019-2, U.S. BANK NATIONAL
ASSOCIATION, AS INDENTURE TRUSTEE
R.A. LEBRON, ESQ.
SPS1916
bankruptcy@feinsuch.com

**Order Filed on October 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>EUBIA L. BETHEA<br><br><br>Debtor(s). | Case No.: 20-10061 ABA<br><br>Adv. No.:<br><br>Hearing Date: October 14, 2020<br><br>Judge: HONORABLE ANDREW B. ALTENBURG, JR. |

## ORDER RESOLVING OBJECTION TO MODIFIED PLAN

The relief set forth on the following page(s) is hereby **ORDERED**.

**DATED: October 21, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor(s): EUBIA L. BETHEA
Case No: 20-10061 ABA
Caption of Order:  **ORDER RESOLVING OBJECTION TO MODIFIED PLAN**

---

Upon the Objection of FEIN, SUCH, KAHN & SHEPARD, P.C., Attorneys for the Secured Creditor, Select Portfolio Servicing, Inc., as servicer for TOWD POINT MORTGAGE TRUST 2019-2, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, as to certain real property known as <u>1068 LAKESHORE DR, CAMDEN, NJ 08104</u> as set forth in the objection papers, and for good cause shown;

**ORDERED AS FOLLOWS:**

1.    The arrearage claim of Secured Creditor shall be allowed but paid outside the Chapter 13 plan. The loan shall be treated on a contractual basis and the maturity date shall remain as-is.

2.    The Debtor(s) shall maintain regular monthly mortgage payments outside of the Chapter 13 plan.

3.    The regular monthly (post-petition) payment amount is subject to change in accordance with the terms of the underlying note, mortgage and applicable federal and state law.

4.    This Order shall be incorporated in and become a party of any Order Confirming Plan in the herein matter.

5.    The Movant shall serve this Order on the Debtor(s), any Trustee and other party who entered an appearance on the Objection.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                  Case No. 20-10061-ABA

Eubie L. Bethea                                                                      Chapter 13

     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1                   User: admin                         Page 1 of 2

Date Rcvd: Oct 21, 2020           Form ID: pdf903                   Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2020:**

**Recip ID**           **Recipient Name and Address**
db              + Eubie L. Bethea, 1068 Lakeshore Drive, Camden, NJ 08104-2628

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2020           Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor HSBC Bank USA  National Association as Trustee for Wells Fargo Home Equity Asset-Backed Securities 2006-1 Trust, Home Equity Asset-Backed Certificates, Series 2006-1 ewassall@logs.com, njbankruptcynotifications@logs.com |
| Eric Clayman | on behalf of Debtor Eubie L. Bethea jenkins.clayman@verizon.net  connor@jenkinsclayman.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Keri P. Ebeck | |

on behalf of Creditor Branch Banking & Trust Company now Truist KEBECK@BERNSTEINLAW.COM
jbluemle@bernsteinlaw.com

R. A. Lebron

on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for TOWD POINT MORTGAGE TRUST 2019-2, U.S. BANK
NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@feinsuch.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8