Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  20−10061−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eubie L. Bethea
   1068 Lakeshore Drive
   Camden, NJ 08104

Social Security No.:
   xxx−xx−3532

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 15, 2020.

On 1/27/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:              March 10, 2021
Time:               10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 28, 2021
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Eubie L. Bethea  
    Debtor

Case No. 20-10061-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Jan 28, 2021      Form ID: 185      Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eubie L. Bethea, 1068 Lakeshore Drive, Camden, NJ 08104-2628 |
| 518680450 | + | Edna Bethea, 1068 Lakeshore Drive, Camden, NJ 08104-2628 |
| 518714135 | + | HSBC Bank USA, National Association, c/o Wells Fargo Bank, N.A., Attention: Payment Processing, MAC# F2302-04C, 1 Home Campus Des Moines IA 50328-0001 |
| 518722318 | | HSBC Bank USA, National Association, c/o Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road Eagan, MN 55121-7700 |
| 518700274 | + | HSBC Bank USA, National Association as Trustee for, Shapiro & DeNardo, LLC, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 518660531 | | M&T Bank, KML Law Group PC, Sentry Office Plaza, 216 Haddon Avenue, Suite 206, Westmont, NJ 08108 |
| 518646564 | | OneMain Financial, PO Box 740594, Cincinnati, OH 45274-0594 |
| 518754540 | | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 518646565 | | TD Auto Finance, PO Box 100295, Columbia, SC 29202-3295 |
| 519076750 | | TOWD POINT MORTGAGE TRUST 2019-2, U.S. BANK NATION, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518646566 | | Virtua Hospital Patient Payments, PO Box 780857, Philadelphia, PA 19178-0857 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 28 2021 22:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 28 2021 22:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518736688 | | Email/Text: ally@ebn.phinsolutions.com | Jan 28 2021 22:02:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 518646561 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 28 2021 22:02:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 518646562 | | Email/Text: bankruptcy@bbandt.com | Jan 28 2021 22:03:00 | BB&T, PO Box 580048, Charlotte, NC 28258-0048 |
| 518671910 | + | Email/Text: bankruptcy@bbandt.com | Jan 28 2021 22:03:00 | BB&T now Truist, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 518646563 | | Email/Text: camanagement@mtb.com | Jan 28 2021 22:03:00 | M & T Bank, PO Box 62182, Baltimore, MD 21264-2182 |
| 518748820 | | Email/Text: camanagement@mtb.com | Jan 28 2021 22:03:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 518658811 | + | Email/PDF: cbp@onemainfinancial.com | Jan 28 2021 23:18:49 | OneMain Financial, P.O. Box 3251, Evansville, IN 47731-3251 |
| 518953071 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2021 23:21:05 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518953072 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2021 23:21:05 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery |

Case 20-10061-ABA    Doc 64    Filed 01/30/21    Entered 01/31/21 00:17:57    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 28, 2021 | Form ID: 185 | Total Noticed: 23 |

| 518762826 | Email/Text: jennifer.chacon@spservicing.com | | Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
|---|---|---|---|
| | | Jan 28 2021 22:05:00 | SELECT PORTFOLIO SERVICING, INC., P.O. BOX 65250, SALT LAKE CITY, UT 84165-0250 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 30, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor HSBC Bank USA National Association as Trustee for Wells Fargo Home Equity Asset-Backed Securities 2006-1 Trust, Home Equity Asset-Backed Certificates, Series 2006-1 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Eric Clayman | on behalf of Debtor Eubie L. Bethea mail@jenkinsclayman.com connor@jenkinsclayman.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Keri P. Ebeck | on behalf of Creditor Branch Banking & Trust Company now Truist KEBECK@BERNSTEINLAW.COM jbluemle@bernsteinlaw.com |
| Melissa N. Licker | on behalf of Creditor M&T Bank NJ_ECF_Notices@mccalla.com mccallaecf@ecf.courtdrive.com |
| R. A. Lebron | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for TOWD POINT MORTGAGE TRUST 2019-2, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@fskslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9