Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 20-10061 (ABA)**

Eubie L. Bethea  
1068 Lakeshore Drive  
Camden, NJ  08104

Monthly Payment: $1,212.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/19/2020 | $751.00 | 04/02/2020 | $750.00 | 04/21/2020 | $750.00 | 05/27/2020 | $757.00 |
| 06/30/2020 | $757.00 | 07/28/2020 | $757.00 | 08/25/2020 | $834.00 | 09/22/2020 | $834.00 |
| 11/03/2020 | $1,077.00 | 11/30/2020 | $1,212.00 | 12/31/2020 | $1,212.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | EUBIE L. BETHEA | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $4,065.00 | $4,065.00 | $0.00 | $0.00 |
| 1 | ALLY FINANCIAL | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | BRANCH BANKING & TRUST COMPANY | 24 | $55,155.00 | $2,588.31 | $52,566.69 | $0.00 |
| 3 | M & T BANK | 24 | $621.50 | $29.17 | $592.33 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,830.79 | $0.00 | $3,830.79 | $0.00 |
| 5 | TD AUTO FINANCE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | VIRTUA HOSPITAL PATIENT PAYMENTS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | ERIC CLAYMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | WELLS FARGO BANK, N.A. | 24 | $239.01 | $11.22 | $227.79 | $0.00 |
| 11 | PENDRICK CAPITAL PARTNERS II, LLC | 33 | $1,766.00 | $0.00 | $1,766.00 | $0.00 |
| 12 | PENDRICK CAPITAL PARTNERS II, LLC | 33 | $1,185.00 | $0.00 | $1,185.00 | $0.00 |
| 13 | HSBC BANK USA, NATIONAL ASSOCIATION AS TRUST | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | M&T BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | SELECT PORTFOLIO SERVICING, INC., AS SERVICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | ALLY FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | BB&T NOW TRUIST, BANKRUPTCY SECTION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | EDNA BETHEA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | HSBC BANK USA, NATIONAL ASSOCIATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | HSBC BANK USA, NATIONAL ASSOCIATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | HSBC BANK USA, NATIONAL ASSOCIATION AS TRUST | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | M&T BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | M&T BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | ONEMAIN FINANCIAL GROUP, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | PENDRICK CAPITAL PARTNERS II, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | SELECT PORTFOLIO SERVICING, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 02/01/2020 | 8.00 | $0.00 |
| 10/01/2020 | Paid to Date | $6,190.00 |
| 11/01/2020 | 51.00 | $1,212.00 |
| 02/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $9,691.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $2,220.38 |
| Arrearages: | ($1,077.00) |
| Attorney: | JENKINS & CLAYMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**