| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>Select Portfolio Servicing, Inc., as servicer for TOWD POINT MORTGAGE TRUST 2019-2, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE<br>R.A. LEBRON, ESQ.<br>SPS1916<br>bankruptcy@feinsuch.com | |
| In Re:<br><br>EUBIA L. BETHEA<br><br>Debtor(s). | Case No.: <u>20-10061 ABA</u><br><br>Adv. No.:<br><br>Hearing Date: March 11, 2021<br><br>Judge: <u>HONORABLE ANDREW B. ALTENBURG, JR.</u> |

**CERTIFICATION OF SERVICE**

1. I, Kelly Mastandrea:

    ☐ represent the _____ in this matter.

    ☒ am a paralegal for <u>FEIN, SUCH, KAHN & SHEPARD, P.C.</u>, who represents the <u>Secured Creditor, Select Portfolio Servicing, Inc., as servicer for TOWD POINT MORTGAGE TRUST 2019-2, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE</u> in this matter.

    ☐ am the _____ in the above case and am representing myself.

2. On March 5, 2021, This office caused to be mailed a copy of the following pleadings and/or documents to the parties listed in the

chart below:

a.   Order Resolving Objection to Modified Plan.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| ERIC CLAYMAN<br>JENKINS & CLAYMAN<br>412 WHITE HORSE PIKE<br>AUDUBON, NJ 08106 | Debtor(s)' Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Email (D.N.J. LBR 9013-4) |
| ISABEL C. BALBOA<br>CHAPTER 13 STANDING TRUSTEE<br>CHERRY TREE CORPORATE CENTER<br>535 ROUTE 38 – SUITE 580<br>CHERRY HILL, NJ 08002 | Trustee in Bankruptcy | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Email (D.N.J. LBR 9013-4) |
| U.S. TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER SUITE 2100<br>NEWARK, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Email (D.N.J. LBR 9013-4) |
| EUBIA L. BETHEA<br>1068 LAKESHORE DRIVE<br>CAMDEN, NJ 81042 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: |

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: March 5, 2021                         /S/ KELLY MASTANDREA
                                             Kelly Mastandrea,
                                             Paralegal