| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>Select Portfolio Servicing, Inc., as servicer for TOWD POINT MORTGAGE TRUST 2019-2, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE<br>R.A. LEBRON, ESQ.<br>SPS1916<br>bankruptcy@feinsuch.com | **Order Filed on March 15, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>EUBIA L. BETHEA<br><br><br>Debtor(s). | Case No.: 20-10061 ABA<br><br>Adv. No.:<br><br>Hearing Date: March 11, 2021<br><br>Judge: HONORABLE ANDREW B. ALTENBURG, JR. |

**ORDER RESOLVING OBJECTION TO MODIFIED PLAN**

The relief set forth on the following page(s) is hereby **ORDERED.**

**DATED: March 15, 2021**

*/s/ Andrew B. Altenburg, Jr.*
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor(s): EUBIA L. BETHEA
Case No: 20-10061 ABA
Caption of Order: **ORDER RESOLVING OBJECTION TO MODIFIED PLAN**

---

Upon the Objection of FEIN, SUCH, KAHN & SHEPARD, P.C., Attorneys for the Secured Creditor, Select Portfolio Servicing, Inc., as servicer for TOWD POINT MORTGAGE TRUST 2019-2, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, as to certain real property known as <u>1068 LAKESHORE DR, CAMDEN, NJ 08104</u> as set forth in the papers, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. The arrearage claim of Secured Creditor shall be allowed but paid outside the Chapter 13 plan. The loan shall be treated on a contractual basis and the maturity date shall remain as-is.

2. The Debtor(s) shall maintain regular monthly mortgage payments outside of the Chapter 13 plan.

3. The regular monthly (post-petition) payment amount is subject to change in accordance with the terms of the underlying note, mortgage and applicable federal and state law.

4. This Order shall be incorporated in and become a party of any Order Confirming Plan in the herein matter.

5. The Movant shall serve this Order on the Debtor(s), any Trustee and other party who entered an appearance on the Objection.