| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>WNI 20-027261<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Elizabeth L. Wassall, Esq. 023211995<br>ATTORNEYS FOR HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO HOME EQUITY ASSET-BACKED SECURITIES 2006-1 TRUST, HOME EQUITY ASSET-BACKED CERTIFICATES, SERIES 2006-1 | **Order Filed on March 22, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>EUBIA L. BETHEA,<br>　　　　　　　　　DEBTOR | Case No.: 20-10061-ABA<br><br>Judge: HONORABLE ANDREW B. ALTENBURG, JR.<br><br>Chapter: 13 |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: March 22, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter being opened to the Court by Eric Clayman, Esquire, Attorney for the Debtor(s), upon filing of a Chapter 13 Plan, and HSBC Bank USA, National Association as Trustee for Wells Fargo Home Equity Asset-Backed Securities 2006-1 Trust, Home Equity Asset-Backed Certificates, Series 2006-1, hereinafter "Secured Creditor," by and through its Authorized Agent, LOGS Legal Group LLP, upon the filing of an Objection to Confirmation of Plan, and the parties having subsequently resolving their differences with regard to the Debtor's Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the Court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1. Debtor(s) is the mortgagor, and Secured Creditor is the mortgagee, of an agreement secured by real property located at 2438 W. Firth Street, Philadelphia, PA 19132.

2. Debtor(s) agrees to maintain all contractually due post-petition payments associated with this mortgage loan, which currently amount to $239.01 monthly.

3. Secured Creditor agrees this Order resolves the Objection to Confirmation of Plan filed on February 16, 2021; ECF Doc.:65.

4. This Consent Order is hereby incorporated into Debtor's Modified Chapter 13 Plan; ECF Doc.:60.

We hereby consent to the form, content,
and entry of the within Order.

LOGS Legal Group LLP

/s/Elizabeth L. Wassall                                            Date: 3-18-2021
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

[signature]                                                              Date: 3/17/21
Eric Clayman, Esquire
Attorney for the Debtor