| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>WNI 20-027261<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Elizabeth L. Wassall, Esq. 023211995<br>ATTORNEYS FOR HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO HOME EQUITY ASSET-BACKED SECURITIES 2006-1 TRUST, HOME EQUITY ASSET-BACKED CERTIFICATES, SERIES 2006-1 | Order Filed on March 22, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>EUBIA L. BETHEA,<br>　　　　　　　　DEBTOR | Case No.: 20-10061-ABA<br><br>Judge: HONORABLE ANDREW B. ALTENBURG, JR.<br><br>Chapter: 13 |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: March 22, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter being opened to the Court by Eric Clayman, Esquire, Attorney for the Debtor(s), upon filing of a Chapter 13 Plan, and HSBC Bank USA, National Association as Trustee for Wells Fargo Home Equity Asset-Backed Securities 2006-1 Trust, Home Equity Asset-Backed Certificates, Series 2006-1, hereinafter "Secured Creditor," by and through its Authorized Agent, LOGS Legal Group LLP, upon the filing of an Objection to Confirmation of Plan, and the parties having subsequently resolving their differences with regard to the Debtor's Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the Court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1. Debtor(s) is the mortgagor, and Secured Creditor is the mortgagee, of an agreement secured by real property located at 2438 W. Firth Street, Philadelphia, PA 19132.

2. Debtor(s) agrees to maintain all contractually due post-petition payments associated with this mortgage loan, which currently amount to $239.01 monthly.

3. Secured Creditor agrees this Order resolves the Objection to Confirmation of Plan filed on February 16, 2021; ECF Doc.:65.

4. This Consent Order is hereby incorporated into Debtor's Modified Chapter 13 Plan; ECF Doc.:60.

We hereby consent to the form, content,
and entry of the within Order.

LOGS Legal Group LLP

/s/Elizabeth L. Wassall                             Date: 3-18-2021
_____
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

[signature]                                         Date: 3.17.21
_____
Eric Clayman, Esquire
Attorney for the Debtor

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 20-10061-ABA
Eubie L. Bethea  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 2
Date Rcvd: Mar 22, 2021  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eubie L. Bethea, 1068 Lakeshore Drive, Camden, NJ 08104-2628 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2021  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor HSBC Bank USA  National Association as Trustee for Wells Fargo Home Equity Asset-Backed Securities 2006-1 Trust, Home Equity Asset-Backed Certificates, Series 2006-1 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Eric Clayman | on behalf of Debtor Eubie L. Bethea mail@jenkinsclayman.com  connor@jenkinsclayman.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 22, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Keri P. Ebeck
    on behalf of Creditor Branch Banking & Trust Company now Truist KEBECK@BERNSTEINLAW.COM jbluemle@bernsteinlaw.com

Melissa N. Licker
    on behalf of Creditor M&T Bank NJ_ECF_Notices@mccalla.com mccallaecf@ecf.courtdrive.com

R. A. Lebron
    on behalf of Creditor Select Portfolio Servicing Inc., as servicer for TOWD POINT MORTGAGE TRUST 2019-2, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@fskslaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9