Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  20−10061−ABA
        Chapter:  13
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eubie L. Bethea
   1068 Lakeshore Drive
   Camden, NJ 08104

Social Security No.:
   xxx−xx−3532

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 28, 2021.


Dated: April 28, 2021
JAN: har

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 20-10061-ABA
Eubie L. Bethea  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2
Date Rcvd: Apr 28, 2021    Form ID: plncf13    Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eubie L. Bethea, 1068 Lakeshore Drive, Camden, NJ 08104-2628 |
| 518680450 | + | Edna Bethea, 1068 Lakeshore Drive, Camden, NJ 08104-2628 |
| 518722318 | | HSBC Bank USA, National Association, c/o Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road Eagan, MN 55121-7700 |
| 518714135 | + | HSBC Bank USA, National Association, c/o Wells Fargo Bank, N.A., Attention: Payment Processing, MAC# F2302-04C, 1 Home Campus Des Moines IA 50328-0001 |
| 518700274 | + | HSBC Bank USA, National Association as Trustee for, Shapiro & DeNardo, LLC, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 518660531 | | M&T Bank, KML Law Group PC, Sentry Office Plaza, 216 Haddon Avenue, Suite 206, Westmont, NJ 08108 |
| 518646564 | | OneMain Financial, PO Box 740594, Cincinnati, OH 45274-0594 |
| 518754540 | | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 518762826 | | SELECT PORTFOLIO SERVICING, INC., P.O. BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 518646565 | | TD Auto Finance, PO Box 100295, Columbia, SC 29202-3295 |
| 519076750 | | TOWD POINT MORTGAGE TRUST 2019-2, U.S. BANK NATION, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518646566 | | Virtua Hospital Patient Payments, PO Box 780857, Philadelphia, PA 19178-0857 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 28 2021 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 28 2021 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518736688 | | Email/Text: ally@ebn.phinsolutions.com | Apr 28 2021 21:03:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 518646561 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 28 2021 21:03:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 518646562 | | Email/Text: bankruptcy@bbandt.com | Apr 28 2021 21:04:00 | BB&T, PO Box 580048, Charlotte, NC 28258-0048 |
| 518671910 | + | Email/Text: bankruptcy@bbandt.com | Apr 28 2021 21:04:00 | BB&T now Truist, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 518646563 | | Email/Text: camanagement@mtb.com | Apr 28 2021 21:04:00 | M & T Bank, PO Box 62182, Baltimore, MD 21264-2182 |
| 518748820 | | Email/Text: camanagement@mtb.com | Apr 28 2021 21:04:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 518658811 | + | Email/PDF: cbp@onemainfinancial.com | Apr 28 2021 21:22:47 | OneMain Financial, P.O. Box 3251, Evansville, IN 47731-3251 |
| 518953071 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2021 21:23:52 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518953072 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2021 21:21:59 | Portfolio Recovery Associates, LLC, PO Box |

Case 20-10061-ABA   Doc 75   Filed 04/30/21   Entered 05/01/21 00:21:50   Desc Imaged
Certificate of Notice   Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 28, 2021 | Form ID: plncf13 | Total Noticed: 23 |

41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 30, 2021                    Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor HSBC Bank USA  National Association as Trustee for Wells Fargo Home Equity Asset-Backed Securities 2006-1 Trust, Home Equity Asset-Backed Certificates, Series 2006-1 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Eric Clayman | on behalf of Debtor Eubie L. Bethea mail@jenkinsclayman.com  connor@jenkinsclayman.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Keri P. Ebeck | on behalf of Creditor Branch Banking & Trust Company now Truist KEBECK@BERNSTEINLAW.COM  jbluemle@bernsteinlaw.com |
| Melissa N. Licker | on behalf of Creditor M&T Bank NJ_ECF_Notices@mccalla.com  mccallaecf@ecf.courtdrive.com |
| R. A. Lebron | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for TOWD POINT MORTGAGE TRUST 2019-2, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@fskslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9