Form 137 – aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−10061−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eubie L. Bethea
   1068 Lakeshore Drive
   Camden, NJ 08104

Social Security No.:
   xxx−xx−3532

Employer's Tax I.D. No.:

### NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:        6/10/21
Time:        02:00 PM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Eric Clayman, Debtor's Attorney

COMMISSION OR FEES
Fees: $1,177.00

EXPENSES
$9.70

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: May 10, 2021
JAN:

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Eubie L. Bethea  
Debtor

Case No. 20-10061-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: May 10, 2021 | Form ID: 137 | Total Noticed: 23 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eubie L. Bethea, 1068 Lakeshore Drive, Camden, NJ 08104-2628 |
| 518680450 | + | Edna Bethea, 1068 Lakeshore Drive, Camden, NJ 08104-2628 |
| 518722318 | | HSBC Bank USA, National Association, c/o Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road Eagan, MN 55121-7700 |
| 518714135 | + | HSBC Bank USA, National Association, c/o Wells Fargo Bank, N.A., Attention: Payment Processing, MAC# F2302-04C, 1 Home Campus Des Moines IA 50328-0001 |
| 518700274 | + | HSBC Bank USA, National Association as Trustee for, Shapiro & DeNardo, LLC, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 518660531 | | M&T Bank, KML Law Group PC, Sentry Office Plaza, 216 Haddon Avenue, Suite 206, Westmont, NJ 08108 |
| 518646564 | | OneMain Financial, PO Box 740594, Cincinnati, OH 45274-0594 |
| 518754540 | | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 518762826 | | SELECT PORTFOLIO SERVICING, INC., P.O. BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 518646565 | | TD Auto Finance, PO Box 100295, Columbia, SC 29202-3295 |
| 519076750 | | TOWD POINT MORTGAGE TRUST 2019-2, U.S. BANK NATION, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518646566 | | Virtua Hospital Patient Payments, PO Box 780857, Philadelphia, PA 19178-0857 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 10 2021 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 10 2021 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518736688 | | Email/Text: ally@ebn.phinsolutions.com | May 10 2021 20:35:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 518646561 | + | Email/Text: ally@ebn.phinsolutions.com | May 10 2021 20:35:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 518646562 | | Email/Text: bankruptcy@bbandt.com | May 10 2021 20:35:00 | BB&T, PO Box 580048, Charlotte, NC 28258-0048 |
| 518671910 | + | Email/Text: bankruptcy@bbandt.com | May 10 2021 20:35:00 | BB&T now Truist, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 518646563 | | Email/Text: camanagement@mtb.com | May 10 2021 20:36:00 | M & T Bank, PO Box 62182, Baltimore, MD 21264-2182 |
| 518748820 | | Email/Text: camanagement@mtb.com | May 10 2021 20:36:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 518658811 | + | Email/PDF: cbp@onemainfinancial.com | May 10 2021 20:42:55 | OneMain Financial, P.O. Box 3251, Evansville, IN 47731-3251 |
| 518953071 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 10 2021 20:44:12 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518953072 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 10 2021 20:43:03 | Portfolio Recovery Associates, LLC, PO Box |

Case 20-10061-ABA   Doc 77   Filed 05/12/21   Entered 05/13/21 00:15:44   Desc Imaged
Certificate of Notice   Page 4 of 4

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: May 10, 2021 | Form ID: 137 | Total Noticed: 23 |

41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 12, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor HSBC Bank USA National Association as Trustee for Wells Fargo Home Equity Asset-Backed Securities 2006-1 Trust, Home Equity Asset-Backed Certificates, Series 2006-1 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Eric Clayman | on behalf of Debtor Eubie L. Bethea mail@jenkinsclayman.com connor@jenkinsclayman.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Keri P. Ebeck | on behalf of Creditor Branch Banking & Trust Company now Truist KEBECK@BERNSTEINLAW.COM jbluemle@bernsteinlaw.com |
| Melissa N. Licker | on behalf of Creditor M&T Bank NJ_ECF_Notices@mccalla.com mccallaecf@ecf.courtdrive.com |
| R. A. Lebron | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for TOWD POINT MORTGAGE TRUST 2019-2, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@fskslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9