| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | Order Filed on June 10, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re<br><br>  Eubie Bethea<br>debtors | Case No.: 20-10061<br><br>Chapter: 13<br><br>Hearing Date: 3/10/2021; 4/28/2021<br><br>Judge: ABA |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED.**

**DATED: June 10, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jenkins & Clayman_____, the applicant, is allowed a fee of $1177.00_____ for services rendered and expenses in the amount of $ 9.70___ for a total of $ 1186.70. The allowance is payable:

   X__ through the Chapter 13 plan as an administrative priority.

   ____ outside the plan.

The debtor's monthly plan is modified to require a payment of $ 216.00 per month for 38 months to allow for payment of the above fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 20-10061-ABA
Eubie L. Bethea                                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                      User: admin                                  Page 1 of 2
Date Rcvd: Jun 10, 2021                   Form ID: pdf903                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2021:**

**Recip ID        Recipient Name and Address**
db            +   Eubie L. Bethea, 1068 Lakeshore Drive, Camden, NJ 08104-2628

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2021                        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2021 at the address(es) listed below:**

**Name              Email Address**

Denise E. Carlon
    on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Elizabeth L. Wassall
    on behalf of Creditor HSBC Bank USA National Association as Trustee for Wells Fargo Home Equity Asset-Backed Securities 2006-1 Trust, Home Equity Asset-Backed Certificates, Series 2006-1 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Eric Clayman
    on behalf of Debtor Eubie L. Bethea mail@jenkinsclayman.com connor@jenkinsclayman.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Keri P. Ebeck

| | |
|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 10, 2021 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor Branch Banking & Trust Company now Truist KEBECK@BERNSTEINLAW.COM jbluemle@bernsteinlaw.com

Melissa N. Licker

on behalf of Creditor M&T Bank NJ_ECF_Notices@mccalla.com  mccallaecf@ecf.courtdrive.com

R. A. Lebron

on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for TOWD POINT MORTGAGE TRUST 2019-2, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@fskslaw.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9