Printed on: 12/31/2022                                                                                      Page 1 of 2
ISABEL C. BALBOA [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 20-10061 (ABA)

Eubie L. Bethea
1068 Lakeshore Drive
Camden, NJ  08104

Monthly Payment: $216.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/02/2022 | $216.00 | 03/02/2022 | $216.00 | 03/28/2022 | $216.00 | 05/03/2022 | $216.00 |
| 05/31/2022 | $216.00 | 06/27/2022 | $216.00 | 08/26/2022 | $216.00 | 09/27/2022 | $216.00 |
| 10/25/2022 | $216.00 | 11/29/2022 | $216.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | EUBIE L. BETHEA | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $4,065.00 | $4,065.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $1,186.70 | $1,186.70 | $0.00 | $1,186.70 |
| 1 | ALLY FINANCIAL | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | TRUIST BANK | 24 | $5,136.91 | $5,136.91 | $0.00 | $2,548.60 |
| 3 | M & T BANK | 24 | $621.50 | $621.50 | $0.00 | $399.23 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,830.79 | $1,120.08 | $2,710.71 | $0.00 |
| 5 | TD AUTO FINANCE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | VIRTUA HOSPITAL PATIENT PAYMENTS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | ERIC CLAYMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | WELLS FARGO BANK, N.A. | 24 | $20.70 | $20.70 | $0.00 | $10.26 |
| 11 | PENDRICK CAPITAL PARTNERS II, LLC | 33 | $1,766.00 | $516.36 | $1,249.64 | $0.00 |
| 12 | PENDRICK CAPITAL PARTNERS II, LLC | 33 | $1,185.00 | $346.48 | $838.52 | $0.00 |
| 13 | HSBC BANK USA, NATIONAL ASSOCIATION AS TRUST | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | M&T BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | SELECT PORTFOLIO SERVICING, INC., AS SERVICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | ALLY FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | TRUIST BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | EDNA BETHEA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | HSBC BANK USA, NATIONAL ASSOCIATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | HSBC BANK USA, NATIONAL ASSOCIATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | HSBC BANK USA, NATIONAL ASSOCIATION AS TRUST | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | M&T BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | M&T BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | ONEMAIN FINANCIAL GROUP, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | PENDRICK CAPITAL PARTNERS II, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | SELECT PORTFOLIO SERVICING, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 02/01/2020 | 14.00 | $0.00 |
| 04/01/2021 | Paid to Date | $10,291.00 |
| 05/01/2021 | 38.00 | $216.00 |
| 07/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,160.00 |
| Total paid to creditors this period: | $4,144.79 |
| Undistributed Funds on Hand: | $197.42 |
| Arrearages: | $228.00 |
| Attorney: | JENKINS & CLAYMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**