Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  20−10061−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eubie L. Bethea
   1068 Lakeshore Drive
   Camden, NJ 08104

Social Security No.:
   xxx−xx−3532

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/17/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: February 17, 2023
JAN: har

                                                                                    Jeanne Naughton
                                                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                                 Case No. 20-10061-ABA

Eubie L. Bethea                                                                                                               Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                        User: admin                                          Page 1 of 3

Date Rcvd: Feb 17, 2023                                  Form ID: 148                                     Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eubie L. Bethea, 1068 Lakeshore Drive, Camden, NJ 08104-2628 |
| 518680450 | #+ | Edna Bethea, 1068 Lakeshore Drive, Camden, NJ 08104-2628 |
| 518700274 | + | HSBC Bank USA, National Association as Trustee for, Shapiro & DeNardo, LLC, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 518660531 | | M&T Bank, KML Law Group PC, Sentry Office Plaza, 216 Haddon Avenue, Suite 206, Westmont, NJ 08108 |
| 518646566 | | Virtua Hospital Patient Payments, PO Box 780857, Philadelphia, PA 19178-0857 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 17 2023 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 17 2023 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518736688 | | EDI: GMACFS.COM | Feb 18 2023 01:34:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 518646561 | + | EDI: GMACFS.COM | Feb 18 2023 01:34:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 518646562 | | Email/Text: bankruptcy@bbandt.com | Feb 17 2023 20:41:00 | BB&T, PO Box 580048, Charlotte, NC 28258-0048 |
| 518671910 | + | Email/Text: bankruptcy@bbandt.com | Feb 17 2023 20:41:00 | BB&T now Truist, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 518722318 | + | EDI: WFFC2 | Feb 18 2023 01:34:00 | HSBC Bank USA, National Association, c/o Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 518714135 | + | EDI: WFFC2 | Feb 18 2023 01:34:00 | HSBC Bank USA, National Association, c/o Wells Fargo Bank, N.A., Attention: Payment Processing, MAC# F2302-04C, 1 Home Campus, Des Moines IA 50328-0001 |
| 518646563 | | Email/Text: camanagement@mtb.com | Feb 17 2023 20:41:00 | M & T Bank, PO Box 62182, Baltimore, MD 21264-2182 |
| 518748820 | | Email/Text: camanagement@mtb.com | Feb 17 2023 20:41:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 518646564 | | EDI: AGFINANCE.COM | Feb 18 2023 01:34:00 | OneMain Financial, PO Box 740594, Cincinnati, OH 45274-0594 |
| 518658811 | + | EDI: AGFINANCE.COM | Feb 18 2023 01:34:00 | OneMain Financial, P.O. Box 3251, Evansville, IN 47731-3251 |

Case 20-10061-ABA    Doc 85    Filed 02/19/23    Entered 02/20/23 00:13:27    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 17, 2023 | Form ID: 148 | Total Noticed: 23 |

| | | | |
|---|---|---|---|
| 518754540 | Email/Text: perituspendrick@peritusservices.com | Feb 17 2023 20:41:00 | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 518953071 | EDI: PRA.COM | Feb 18 2023 01:34:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518953072 | EDI: PRA.COM | Feb 18 2023 01:34:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518762826 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 17 2023 20:42:00 | SELECT PORTFOLIO SERVICING, INC., P.O. BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 518646565 | EDI: LCITDAUTO | Feb 18 2023 01:34:00 | TD Auto Finance, PO Box 100295, Columbia, SC 29202-3295 |
| 519076750 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 17 2023 20:42:00 | TOWD POINT MORTGAGE TRUST 2019-2, U.S. BANK NATION, P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2023              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor HSBC Bank USA National Association as Trustee for Wells Fargo Home Equity Asset-Backed Securities 2006-1 Trust, Home Equity Asset-Backed Certificates, Series 2006-1 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Debtor Eubie L. Bethea mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| Keri P. Ebeck | on behalf of Creditor Branch Banking & Trust Company now Truist KEBECK@BERNSTEINLAW.COM |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 17, 2023 | Form ID: 148 | Total Noticed: 23 |

jbluemle@bernsteinlaw.com

Melissa N. Licker

    on behalf of Creditor M&T Bank mlicker@hillwallack.com  HWBKnewyork@ecf.courtdrive.com

R. A. Lebron

    on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for TOWD POINT MORTGAGE TRUST 2019-2, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@fskslaw.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9